|   |   |
|---|---|
| WILLIAM B. LOOK, JR.<br>Attorney at Law<br>PO BOX 1381<br>Monterey, CA  93942<br>831-372-1371/372-5779 FAX<br>email: look_mtr@sbcglobal.net<br>#66631 | (SPACE BELOW FOR COURT USE ONLY)<br><br>**E-Filed 6/22/2009** |

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Tamone, Josephine Tamone, Victoria C. Flower,<br><br>    Plaintiffs,<br><br>v.<br><br>Wachovia Mortgage, FSB, And All Persons Unknown Claiming Any Legal Or Equitable Right, Title, Estate, Lien Or Interest In The Property Described In The Complaint Adverse To Plaintiffs' Title, Or Any Cloud Upon Plaintiffs' Title Thereto,  Does 1-100,<br><br>    Defendants. | CASE: C 09-002100 JF<br><br>STIPULATION TO CONTINUE PENDING MOTIONS TO FACILITATE PENDING SETTLEMENT AND ORDER THEREON |

Plaintiffs and defendants have, via a pending mediation under the Rules of the Ninth Circuit Court of Appeal in the appeal of former C 09-00343, reached a tentative comprehensive settlement of their dispute including this action. They therefore stipulate to continue all motions now set for June 29, 2009 to July 10, 2009 to allow time to finalize the terms of the settlement and execute necessary documents.

1   **So Stipulated:**

2   **Dated: June 19, 2009**          _/SS/_____
                                       **WILLIAM B. LOOK, JR.**
3                                       **Attorney for Plaintiffs**

4   **Dated: June 19, 2009**          _/SS/_____
                                       **Keith Yandell, ReedSmith**
5                                      **Attorneys for Defendants**

6

7   **GOOD CAUSE APPEARING, the stipulation is approved and all motions pending for**

8   **June 29, 2009 are reset to July 10, 2009.**

9

10

11  **DATED: June 22, 2009**          _____
                                       Judge of the District Court
12