*E-Filed July 16, 2009*

WILLIAM B. LOOK, JR.
Attorney at Law
PO BOX 1381
Monterey, CA  93942
831-372-1371/372-5779 FAX
email: look_mtr@sbcglobal.net
#66631

Attorney for Plaintiffs

(SPACE BELOW FOR COURT USE ONLY)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Tamone, Josephine Tamone, Victoria C. Flower,<br><br>　　Plaintiffs,<br><br>v.<br><br>Wachovia Mortgage, FSB, et al,<br><br>　　Defendants. | CASE: C 09-002100 JF<br><br>ORDER GRANTING REQUEST FOR SETTLEMENT CONFERENCE |

　　Plaintiffs and defendants have, via a pending mediation under the Rules of the Ninth Circuit Court of Appeal in the appeal of former C 09-00343, reached a tentative comprehensive settlement of their dispute including this action. However, at the last minute negotiations have broken down over certain unilateral changes. A basic agreement for resolution was agreed upon but miscommunication over these changes is preventing final settlement.

　　Plaintiffs themselves did not have a chance to consider the changes before defendant treated them as final and apparently sent a version of the agreement to Wachovia for signature. The changes are not beneficial in that they tend to impede the ability of the

parties to execute the agreement by creating too short time and other criteria for performing elements of the settlement that are otherwise agreed upon. The parties having been so very close to resolution plaintiffs now ask for the assistance of the court in finalizing the agreement.

Dated: July 10, 2009

William B. Look, Jr.
Digitally signed by William B. Look, Jr.
DN: cn=William B. Look, Jr., c=US, ou=Attorney at Law, email=look_mtr@sbcglobal.net
Date: 2009.07.10 12:59:16 -07'00'

**WILLIAM B. LOOK, JR.**
Attorney for Plaintiffs

GOOD CAUSE APPEARING, a settlement conference will be held on a date determined by Magistrate Judge Lloyd and agreeable to the parties.

DATED: July 16, 2009

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE